IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BERNARD THOMAS,<br><br>       Plaintiff,<br><br>  v.<br><br>CAMDEN COUNTY JAIL,<br><br>       Defendant. | Civil Action<br>No. 16-7540 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Bernard Thomas seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

    Plaintiff did not submit a complete application as several pages are blank. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

    An appropriate order follows.

| | |
|---|---|
| **January 18, 2017** | s/ Jerome B. Simandle |
| Date | JEROME B. SIMANDLE<br>Chief U.S. District Judge |